William Lee GOODE, Petitioner, v. Hon. Matthew M. JOYCE, United States District Judge for the District of Minnesota.

No. 12737.

Circuit Court of Appeals, Eighth Circuit.

Oct. 16, 1943.

William Lee Goode, pro se.

PER CURIAM.

Petition for writ of mandamus denied.

William Ira JENKINS, Appellant, v. Dr. O. H. COX, Warden, United States Medical Center, Springfield, Missouri.

No. 12729.

Circuit Court of Appeals, Eighth Circuit.

Oct. 9, 1943.

William Ira Jenkins, pro se.

PER CURIAM.

Application of appellant for leave to proceed further on a general appeal in forma pauperis denied.

Virginia Driskell MAYO, Joined by Her Husband, T. D. Mayo, Jr., Appellants, v. C. D. PIERCE, Trustee for W. M. Thomas, Bankrupt, Appellee.

No. 10789.

Circuit Court of Appeals, Fifth Circuit.

Nov. 13, 1943.

George Prendergast, of Marshall, Tex., for appellants.

Otis Harold Woodrow, of Sherman, Tex., for appellee.

Before HUTCHESON, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

On the authority of Corn Exchange Nat. Bank Co. v. Klauder, 318 U.S. 434, 63 S. Ct. 679, 87 L.Ed. ——, 144 A.L.R. 1189, the judgment in this case is affirmed.

Jack A. McCOY, Petitioner, v. Hon. Merrill E. OTIS, United States District Judge, Western District of Missouri.

No. 12736.

Circuit Court of Appeals, Eighth Circuit.

Oct. 16, 1943.

Jack A. McCoy, pro se.

PER CURIAM.

Petition for writ of mandamus denied.

Cassius McDONALD, Appellant, v. UNITED STATES of America.

No. 12728.

Circuit Court of Appeals, Eighth Circuit.

Oct. 9, 1943.

Cassius McDonald, pro se.

PER CURIAM.

Application of appellant for leave to proceed further on a general appeal in forma pauperis denied.

Cassius McDONALD, Petitioner, v. Gunnar H. NORDBYE, Judge, United States District Court.

No. 12739.

Circuit Court of Appeals, Eighth Circuit.

Oct. 19, 1943.

Writ of Certiorari Denied Jan. 3, 1944.

See 64 S.Ct. 429.

Cassius McDonald, pro se.

PER CURIAM.

Petition for writ of mandamus denied and dismissed.